UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 APR 19 P 1: 23

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

JACK ALLEN WILSON,

    Plaintiff - Appellant,

v.

A. BROWN; et al.,

    Defendants - Appellees.

No. 05-15363
D.C. No. CV-01-06538-REC/LJO

**ORDER**

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: The motion for preliminary injunction was denied as frivolous

_____
Judge
United States District Court

Date: 4-13-05