UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | 1:01-cv-06538-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 87)<br><br>**ORDER DENYING MOTION TO DISMISS** (Doc. 64)<br><br>**ORDER REQUIRING RESPONSE TO SECOND AMENDED COMPLAINT** (Doc. 42) |

Plaintiff Jack Allen Wilson ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 5, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections were to be filed within thirty (30) days.[1] To date, the parties have not

---

[1] The Findings and Recommendations was re-served on plaintiff on August 1, 2005, following plaintiff's notice of change of address.

1

filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 5, 2005, is ADOPTED IN FULL;

2. Defendants' motion to dismiss for failure to state any claims upon which relief may be granted, filed December 20, 2004, is DENIED; and,

3. Defendants shall FILE a response to plaintiff's second amended complaint, filed January 6, 2004, within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated: September 21, 2005**           /s/ Robert E. Coyle
668554                          UNITED STATES DISTRICT JUDGE

2