# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:01-CV-6538-REC-LJO-P<br><br>ORDER STRIKING RESPONSE TO ORDER TO SHOW CAUSE<br><br>(Doc. 101) |

      Plaintiff Jack Allen Wilson ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 30, 2005, plaintiff filed a response to the court's order to show cause why defendant Presley should not be dismissed from this action. The order to show cause at issue was filed on November 18, 2004. Plaintiff filed a response on December 23, 2004, and the court discharged the order on January 12, 2005.

      In light of the discharge of the order to show cause approximately one year ago, plaintiff's untimely and unnecessary December 30, 2005, response is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   January 4, 2006**             /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE