IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　　　　　　　Defendants. | 1:01-CV-6538 REC LJO P<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME TO RESPOND TO<br>DISCOVERY REQUESTS**<br><br>**(Doc. 103)** |

　　　　On February 10, 2006, defendants sought an extension to time of 30 days, to and including March 13, 2006, in which to respond to plaintiff's discovery requests.

　　　　Good cause appearing, defendants request is granted.

IT IS SO ORDERED.

**Dated:　February 22, 2006　　　　　　　/s/ Lawrence J. O'Neill**
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1