IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　　　　　　　　　Defendants. | NO. 1:01-CV-6538 REC LJO P<br><br>**ORDER GRANTING DEFENDANT YEE EXTENSION OF TIME TO SERVE RESPONSE TO DISCOVERY REQUESTS**<br><br>(Doc. 107) |

On March 10, 2006, defendant Yee sought an extension to time of 15 days, to and including March 28, 2006, in which to respond to plaintiff's discovery requests. Good cause appearing, defendant's request is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:　　March 21, 2006**　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1