# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:01-CV-6538-REC-LJO-P<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE DOCUMENT 106 ON DEFENDANTS' COUNSEL, AND SEND PLAINTIFF ONE SUMMONS, ONE USM-285 FORM AND ONE NOTICE OF SUBMISSION OF DOCUMENTS FORM<br><br>(Doc. 106) |

      On February 21, 2006, plaintiff sent a letter to the court requesting one summons and one USM-285 form for defendant Presley. Plaintiff stated that he obtained an address for Presley through discovery, in accordance with the court's order of January 11, 2005, and now wishes the United States Marshal to initiate service on Presley. Plaintiff must fill out the forms and return them to the court within thirty days.

      Accordingly, it is HEREBY ORDERED THAT:

1.     The Clerk's Office shall serve a copy of document 106 on defendants' counsel;[1]

2.     The Clerk's Office shall send plaintiff one USM-285 form, one summons, and one Notice of Submission of Documents form;

///

---

[1] There is no proof of service attached to plaintiff's letter stating that it was served on defendants' counsel, likely because plaintiff sent the letter requesting the forms to the Clerk's Office. However, because the court oversees the issuance of USM-285 forms and summonses in cases such as this, the letter requesting forms was filed in as a motion rather than handled by Clerk's Office staff.

1

1     3.    Plaintiff shall return the completed forms to the court within **thirty (30) days**; and

2     4.    The failure to return the forms within thirty days may result in the dismissal defendant Presley from the action pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

**Dated:**   **March 21, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE