# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.　　　　　　／ | CASE NO. 1:01-cv-06538-OWW-LJO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS PREMATURELY FILED AND MOOT<br><br>(Doc. 133) |

　　　Plaintiff Jack Allen Wilson ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 14, 2006, plaintiff filed a motion to compel, and defendants Terhune, Presley, Galaza, Yee, and Bendon ("defendants") filed an opposition on the same date.

　　　Plaintiff served a request for the production of documents on October 25, 2006, and served the instant motion to compel a response on December 9, 2006.  Defendants oppose the motion on the grounds that they had until December 12, 2006, within which to respond and they served their responses on December 7, 2006.

　　　Under the court's scheduling order, parties have forty-five days within which to respond to discovery requests, and Federal Rule of Civil Procedure 6(e) provides an additional three days for mailing.  By the court's calculation, defendants' response to plaintiff was due on or before December 13, 2006, given that the forty-fifth day fell on a Sunday.  Fed. R. Civ. P. 6(a).  Plaintiff's motion to

///

1

compel, served on December 9, 2006, was premature. In addition, defendants served plaintiff with a response on December 7, 2006, rendering the motion moot.

Accordingly, plaintiff's motion to compel, filed December 12, 2006, is HEREBY DENIED on the grounds that it was prematurely filed and is moot.

IT IS SO ORDERED.

**Dated:**   **January 22, 2007**               /s/ Lawrence J. O'Neill
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE