UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK ALLEN WILSON, | ) | 1:01-cv-6538 OWW LJO P |
| Plaintiff, | ) ) | ORDER DENYING MOTION TO RECONSIDER (Doc. 138) |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff's Motion to Reconsider is before the Court. Plaintiff seeks to add three new Defendants more than five years after the original Complaint was filed. The Second Amended Complaint was filed January 6, 2004, against Defendants Terhune, Presley, Galaza, Yee, and Bendon for allegedly enacting, implementing, and/or enforcing policies and/or practices that resulted in deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.

Plaintiff's Motion for Leave to File a Third Amended Complaint was filed November 2, 2006.  On December 28, 2006, Plaintiff filed a Motion Seeking Leave to Add Two Additional Defendants to the Proposed Third Amended Complaint.

1

The Magistrate Judge has correctly analyzed the law.  The statute of limitations has long passed and it was not until the end of 2006 that Defendant sought to add new parties to impose liability for claims which alleged occurred between December 14, 2000, and November 27, 2002.  As correctly calculated by the Magistrate Judge, any statute of limitations on such claims ran November 27, 2005. Relation back does not apply.

The Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:   February 12, 2007**                    /s/ Oliver W. Wanger
emm0d6                                             UNITED STATES DISTRICT JUDGE