UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>  CORRECTIONS, et al.,<br><br>    Defendants. | 1:01-cv-06538 LJO-NEW (DLB) PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME UP TO AND INCLUDING APRIL 30, 2007, TO FILE OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #141) |

The deadline for filing pre-trial dispositive motions is set for April 30, 2007. On February 6, 2007, plaintiff filed a motion for summary judgment. On February 13, 2007, defendants filed a motion seeking an extension of time up to and including April 30, 2007, within which to file an opposition to plaintiff's motion and a cross-motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motion for an extension of time is GRANTED, and defendants have up to and including April 30, 2007, within which to file an opposition and a cross-motion for summary judgment.

IT IS SO ORDERED.

    Dated:   **March 19, 2007**                       **/s/ Dennis L. Beck**
i0d3h8                                                             UNITED STATES MAGISTRATE JUDGE