# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:01-cv-06538-LJO-NEW (DLB) PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A NINETY-DAY EXTENSION OF TIME TO FILE AN OPPOSITION |

Plaintiff Jack Allen Wilson ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2007, plaintiff filed a motion for summary judgment, and on May 7, 2007, defendants filed an opposition and a cross-motion for summary judgment. On June 8, 2007, plaintiff filed a motion seeking a ninety-day extension of time to file an opposition to defendants' cross-motion on the ground that he has been diagnosed with lung cancer and will be undergoing chemotherapy. Defendants has not filed opposition.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion for a ninety-day extension of time to file an opposition to defendants' cross-motion for summary judgment, filed June 8, 2007, is GRANTED. The opposition is due 90 calendar days from the date of this order.

IT IS SO ORDERED.

**Dated:   July 11, 2007**　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1