# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON, | CASE NO. 1:01-cv-06538-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER VACATING PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Docs. 139 and 148) |
| Defendants. | |

Plaintiff Jack Allen Wilson ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2007, plaintiff filed a motion for summary judgment, and on May 7, 2007, defendants filed an opposition and a cross-motion for summary judgment. On June 8, 2007, plaintiff filed a motion seeking a ninety-day extension of time to file an opposition to defendants' cross-motion on the ground that he has been diagnosed with lung cancer and will be undergoing chemotherapy. Defendants did not file a response, and on July 11, 2007, the Court granted plaintiff's motion for an extension of time.

In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, the parties' cross-motions for summary judgment are HEREBY DEEMED VACATED from the Court's calendar until such time

///
///
///
///

as plaintiff files his opposition and either defendants file a reply or the motion is submitted pursuant to Local Rule 78-230(m).

IT IS SO ORDERED.

**Dated:     July 12, 2007**                                    /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE