# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:01-cv-06538-LJO-GSA PC<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WITHIN FIFTEEN DAYS WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH SCHEDULING ORDER<br><br>(Doc. 163) |

　　　This is a civil rights action filed by Plaintiff Jack Allen Wilson, a former state prisoner proceeding pro se and in forma pauperis. This action arises out of the alleged violation of Plaintiff's rights under the United States Constitution, and is set for a telephonic trial confirmation hearing on May 26, 2009, and jury trial on June 29, 2009.

　　　On January 23, 2009, the Court issued the Second Scheduling Order, which required Plaintiff to file a pretrial statement on or before April 14, 2009. Plaintiff failed to comply with or otherwise respond to the Court's order. Accordingly, it is HEREBY ORDERED that:

1. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall show cause why sanctions should not be imposed for failing to comply with the scheduling order; and

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

**Dated:   May 6, 2009**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1