# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON, | CASE NO. 1:01-cv-06538-LJO-GSA PC |
| Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING FROM MAY 26, 2009, AT 8:30 A.M. TO JUNE 4, 2009, AT 8:30 A.M. |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 163) |
| Defendants. | ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM FILING PRETRIAL STATEMENT IN PART |
| | (Doc. 168) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Jack Allen Wilson, a former prisoner proceeding pro se and in forma pauperis. This matter is set for a telephonic trial confirmation hearing on May 26, 2009, at 8:30 a.m. and jury trial on June 29, 2009, at 8:30 a.m. Plaintiff failed to file his pretrial statement in compliance with the Court's scheduling order and on May 5, 2009, Plaintiff was ordered to show cause within fifteen days why sanctions should not be imposed.

The deadline for Plaintiff to file his response to the order to show cause is May 26, 2009. Fed. R. Civ. P. 6(a),(d). Without pretrial statements, and without the ability to know what, if anything, Plaintiff will say in response to the order to show cause, there is no benefit to holding the trial confirmation hearing, and it would serve only to waste the resources of the Court and the

///

1

1 parties. Therefore, the hearing is continued from May 26, 2009, at 8:30 a.m. to June 4, 2009, at 8:30 a.m., which will allow the Court to resolve the order to show cause prior to the hearing date.

Defendants' pretrial statement was due on or before May 12, 2009. On May 11, 2009, Defendants filed a motion seeking relief from filing their pretrial statement, and requesting an extension of fifteen days from the date Plaintiff files his pretrial statement. Good cause having been shown, Defendants' request is granted in part in that they are relieved from filing their pretrial statement. A new deadline will be set pending resolution of the order to show cause.

As set forth herein, it is HEREBY ORDERED that:

1. The telephonic trial confirmation hearing is continued from May 26, 2009, at 8:30 a.m. before the undersigned to June 4, 2009, at 8:30 a.m. before the undersigned; and
2. Defendants' motion for relief from filing their pretrial statement, filed May 11, 2009, is GRANTED in part.

IT IS SO ORDERED.

**Dated:　May 13, 2009**　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE